Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
MICHELLE L. THIMESCH, Esq. (No. 140591)
171 Front Street, Suite 102
Danville, CA 94526
Direct: (925) 855-8235
Facsimile: (925) 855-8435
thimesch@sbcglobal.net

Attorneys for Plaintiff TERI SMITH

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
BRIAN C. HOPPER, Deputy City Attorney (#171070)
OFFICE OF THE CITY ATTORNEY
151 West Mission Street
San Jose, California 95110
Telephone: (408) 277-4454

Attorneys for Defendants
CITY OF SAN JOSE and HAPPY HOLLOW PARK & ZOO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI SMITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE and HAPPY HOLLOW PARK & ZOO; and DOES 1-500,<br><br>　　　　Defendants.<br>_____ / | CASE NO. C-O4-01178 JF<br>Civil Rights<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Conference:<br>Date:　　July 15, 2005<br>Time:　　10:30 AM<br>Place:　　Courtroom 6, 17th Fl<br>Judge:　　Hon. Jeremy Fogel |

　　　　The parties wish to advise the Court that the Settlement Conference has been continued to August 8, 2005.  Accordingly, the parties stipulate and request that the Case Management Conference be continued to August 19, 2005, 10:30 AM.

　　　　SO STIPULATED.

Dated: July 14, 2005

　　　　　　　　　　　　　　　　　Thimesch Law Offices
　　　　　　　　　　　　　　　　　TIMOTHY S. THIMESCH

　　　　　　　　　　　　　　　　　_/s/ Tim Thimesch_
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　TERI SMITH

**Stipulation and Order to Continue Case Management Conference:**
**Case No. C-O4-01178 JF**

1  Dated: July 13, 2004                    RICHARD DOYLE, City Attorney
                                           NORA FRIMANN, Lead Trial Attorney
2                                          BRIAN C. HOPPER, Deputy City Attorney
                                           OFFICE OF THE CITY ATTORNEY
3

4
                                           //authorized signature//
5                                          Attorneys for Defendant
                                           CITY OF SAN JOSE and HAPPY HOLLOW
6                                          PARK & ZOO

7

8

9                                          **ORDER**

10         SO ORDERED.

11

12                            .

13

14  Dated:  7/15/05                        s/electronic signature authorized
                                           HON. JEREMY FOGEL
15                                         UNITED STATES DISTRICT COURT JUDGE

**Stipulation and Order to Continue Case Management Conference:**
**Case No. C-O4-01178 JF**                                    — 2 —

Thimesch Law Offices
171 Front Street
Suite 102
Danville, CA 94526
(925) 855-8235