```
 1  RICHARD DOYLE, City Attorney (#88625)
    NORA FRIMANN, Chief Trial Attorney (#93249)
 2  BRIAN C. HOPPER, Deputy City Attorney (#171070)
    Office of the City Attorney                          **E-filed 9/8/05**
 3  151 West Mission Street
    San Jose, California 95110
 4  Telephone: (408) 277-4454

 5  Attorneys for Defendants
    CITY OF SAN JOSE, HAPPY HOLLOW PARK & ZOO
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERI SMITH, | NO. C04 01178 JF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |
| vs. | |
| HAPPY HOLLOW PARK & ZOO; HAPPY HOLLOW CORPORATION; CITY OF SAN JOSE; and DOES 1-25 | |
| Defendants. | |

Plaintiff Teri Smith and Defendants Happy Hollow Park & Zoo and City of San Jose, by and through their attorneys of record, hereby stipulate that the September 9, 2005 Further Case Management Conference in this matter be rescheduled to **October 28, 2005 at 10:30 a.m.** Good cause exists for this extension in that:

1) The parties participated in a productive settlement conference on August 29, 2005 before Magistrate Patricia V. Trumbull;

2) Given the number of alleged violations of the Americans with Disabilities Act and related statutes Plaintiff has identified at the City of San Jose's Happy Hollow Park & Zoo and the sheer size of that facility, the parties will require

-2-

additional time to propose and consider necessary conditions to the settlement; and

3) The City of San Jose will require additional time to conduct internal meetings relating to its settlement proposal;

Dated: September 6, 2005         RICHARD DOYLE, City Attorney


BY:   /s/ Brian C. Hopper
      BRIAN C. HOPPER
      Deputy City Attorney

      Attorneys for Defendants
      CITY OF SAN JOSE, HAPPY HOLLOW
      PARK & ZOO

Dated: September 6, 2005         THIMESCH LAW OFFICES


By:   /s/ Timothy Timesch
      TIMOTHY TIMESCH, ESQ.
      Attorneys for Plaintiff
      TERI SMITH


I attest that Plaintiff has approved and signed this document, and given consent to the filing of the same with the court.

Dated: September 6, 2005         RICHARD DOYLE, City Attorney


BY:   /s/ Brian C. Hopper
      BRIAN C. HOPPER
      Deputy City Attorney

      Attorneys for Defendants
      CITY OF SAN JOSE, HAPPY HOLLOW
      PARK & ZOO

## ORDER

Pursuant to the stipulation by the parties hereto and good cause appearing therefor, the September 9, 2005 Further Case Management Conference is hereby rescheduled to 10:30 a.m. on October 28, 2005.

Dated: 9/7/05

/s/electronic signature authorized
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE