1  RICHARD DOYLE, City Attorney  (#88625)                    **E-filed 10/27/05**
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  BRIAN C. HOPPER, Deputy City Attorney (#171070)
   Office of the City Attorney
3  200 East Santa Clara Street
   San Jose, California 95113
4  Telephone: (408) 535-1900
   Facsimile:  (408) 998-3131
5  Email:  cao.main@sanjoseca.gov

6  Attorneys for Defendants
   CITY OF SAN JOSE, HAPPY HOLLOW PARK & ZOO
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  TERI SMITH,                              NO.   C04 01178 JF

12                  Plaintiff,               **STIPULATION TO CONTINUE CASE
                                             MANAGEMENT CONFERENCE AND
13        vs.                                ORDER THEREON**

14  HAPPY HOLLOW PARK & ZOO; HAPPY
    HOLLOW CORPORATION; CITY OF
15  SAN JOSE; and DOES 1-25

16                  Defendants.

17

18

19        Plaintiff Teri Smith and Defendants Happy Hollow Park & Zoo and City of San Jose,

20  by and through their attorneys of record, hereby stipulate that the September 9, 2005

21  Further Case Management Conference in this matter be rescheduled to **December 16,**

22  **2005 at 10:30 a.m.**   Good cause exists for this extension in that:

23        1)    The parties participated in a productive settlement conference on August 29,

24              2005 before Magistrate Patricia V. Trumbull;

25        2)    Given the number of alleged violations of the Americans with Disabilities Act

26              and related statutes Plaintiff has identified at the City of San Jose's Happy

27              Hollow Park & Zoo and the sheer size of that facility, the parties will require

28

-1-

STIPULATION TO CONTINUE CMC                                    C04 01178 JF
AND ORDER THEREON                                              329595

1   additional time to propose and consider necessary conditions to the

2   settlement; and

3   3)   A later Case Management Conference will be more productive once the

4   parties have actually completed their further settlement discussions.

5   Dated:  October 27, 2005                    RICHARD DOYLE, City Attorney

6

7
                                              BY:   /s/ Brian C. Hopper
8                                                    BRIAN C. HOPPER
                                                     Deputy City Attorney
9
                                                     Attorneys for Defendants
10                                                   CITY OF SAN JOSE, HAPPY HOLLOW
                                                     PARK & ZOO
11

12  Dated: October 27, 2005                    THIMESCH LAW OFFICES

13

14
                                              By:   /s/ Timothy Timesch
15                                                   TIMOTHY TIMESCH, ESQ.
                                                     Attorneys for Plaintiff
16                                                   TERI SMITH

17

18
        I attest that Plaintiff has approved and signed this document, and given consent to
19
    the filing of the same with the court.
20

21  Dated:  October 27, 2005                    RICHARD DOYLE, City Attorney

22

23
                                              BY:   /s/ Brian C. Hopper
24                                                   BRIAN C. HOPPER
                                                     Deputy City Attorney
25
                                                     Attorneys for Defendants
26                                                   CITY OF SAN JOSE, HAPPY HOLLOW
                                                     PARK & ZOO
27

28

-2-

**STIPULATION TO CONTINUE CMC**                               C04 01178 JF
**AND ORDER THEREON**                                         **329595**

1

## ORDER

2   Pursuant to the stipulation by the parties hereto and good cause appearing therefor,

3 the October 28, 2005 Further Case Management Conference is hereby rescheduled to

4 10:30 a.m. on December 16, 2005.

5

6 Dated:____10/27/05_____     /s/electronic signature authorized_____

7              JEREMY FOGEL

               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO CONTINUE CMC**          C04 01178 JF
**AND ORDER THEREON**              **329595**