```
RICHARD DOYLE, City Attorney  (#88625)                    **E-filed 12/16/05**
NORA FRIMANN, Chief Trial Attorney (#93249)
BRIAN C. HOPPER, Deputy City Attorney (#171070)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113
Telephone: (408) 535-1900
Facsimile:  (408) 998-3131
Email:  cao.main@sanjoseca.gov

Attorneys for Defendants
CITY OF SAN JOSE, HAPPY HOLLOW PARK & ZOO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI SMITH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HAPPY HOLLOW PARK & ZOO; HAPPY HOLLOW CORPORATION; CITY OF SAN JOSE; and DOES 1-25<br><br>　　　　　Defendants. | NO.  C04 01178 JF<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |

Plaintiff Teri Smith and Defendants Happy Hollow Park & Zoo and City of San Jose, by and through their attorneys of record, hereby stipulate that the December 16, 2005 Further Case Management Conference in this matter be rescheduled to **January 20, 2005 at 10:30 a.m.**   Good cause exists for this extension in that:

　　1)　The parties participated in a productive settlement conference on August 29, 2005 before Magistrate Patricia V. Trumbull;

　　2)　Given the number of alleged violations of the Americans with Disabilities Act and related statutes Plaintiff has identified at the City of San Jose's Happy Hollow Park & Zoo and the sheer size of that facility, Defendant City of San

STIPULATION TO CONTINUE CMC　　　　　　　　　　　　　　　　　　　　　　　　　　C04 01178 JF
AND ORDER THEREON　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　335763

1   Jose will require additional time to propose and consider necessary
2   conditions to the settlement;
3   3) The parties wish to avoid incurring unnecessary attorney's fees and costs;
4   4) Defendant City of San Jose requires additional time to work with its experts;
5   and
6   5) A later Case Management Conference will be more productive once the
7   parties have actually completed their further settlement discussions.

Dated:  December 9, 2005         RICHARD DOYLE, City Attorney

BY:   /s/ Brian C. Hopper
         BRIAN C. HOPPER
         Deputy City Attorney

         Attorneys for Defendants
         CITY OF SAN JOSE, HAPPY HOLLOW
         PARK & ZOO

Dated: December 9, 2005         THIMESCH LAW OFFICES

By:   /s/ Timothy Timesch
         TIMOTHY TIMESCH, ESQ.
         Attorneys for Plaintiff
         TERI SMITH

I attest that Plaintiff has approved and signed this document, and given consent to the filing of the same with the court.

Dated:  December 9, 2005         RICHARD DOYLE, City Attorney

BY:   /s/ Brian C. Hopper
         BRIAN C. HOPPER
         Deputy City Attorney

         Attorneys for Defendants
         CITY OF SAN JOSE, HAPPY HOLLOW
         PARK & ZOO

-2-

1
2
## ORDER

3   Pursuant to the stipulation by the parties hereto and good cause appearing therefor,
4   the December 16, 2005 Further Case Management Conference is hereby rescheduled to
5   10:30 a.m. on January 20, 2006.
6
7   Dated: 12/14/05                             /s/electronic signature authorized
                                                JEREMY FOGEL
8                                               UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28