**E-filed 1/18/06**

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
BRIAN C. HOPPER, Deputy City Attorney (#171070)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113
Telephone: (408) 535-1900
Facsimile:  (408) 998-3131
Email:  cao.main@sanjoseca.gov

Attorneys for Defendants
CITY OF SAN JOSE, HAPPY HOLLOW PARK & ZOO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI SMITH,<br><br>          Plaintiff,<br><br>    vs.<br><br>HAPPY HOLLOW PARK & ZOO; HAPPY HOLLOW CORPORATION; CITY OF SAN JOSE; and DOES 1-25<br><br>          Defendants. | NO.  C04 01178 JF<br><br>**STIPULATION TO CONTINUE JANUARY 20, 2006 CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |

Plaintiff Teri Smith and Defendants Happy Hollow Park & Zoo and City of San Jose, by and through their attorneys of record, hereby stipulate that the January 20, 2006 Further Case Management Conference in this matter be rescheduled to **March 10, 2006 at 10:30 a.m.**  Good cause exists for this extension in that:

1) The parties participated in a productive settlement conference on August 29, 2005 before Magistrate Patricia V. Trumbull;

2) Given the number of alleged violations of the Americans with Disabilities Act and related statutes Plaintiff has identified at the City of San Jose's Happy Hollow Park & Zoo, the size of the facility, and the existing renovation plans for the facility, Defendant City of San Jose will require additional time for settlement discussions;

3)   Defendant City of San Jose will be conducting a meeting in February 2006 that needs to be completed before further settlement discussions can take place;

4)   The parties wish to avoid incurring unnecessary attorney's fees and costs; and

5)   The parties believe the Case Management Conference will be more productive after they have completed their settlement discussions.

Dated:  January 13, 2006              RICHARD DOYLE, City Attorney

                                                 BY:   /s/ Brian C. Hopper
                                                     BRIAN C. HOPPER
                                                     Deputy City Attorney

                                                     Attorneys for Defendants
                                                     CITY OF SAN JOSE, HAPPY HOLLOW
                                                     PARK & ZOO

Dated: January 13, 2006              THIMESCH LAW OFFICES

                                                 By:   /s/ Timothy Timesch
                                                    TIMOTHY TIMESCH, ESQ.
                                                    Attorneys for Plaintiff
                                                   TERI SMITH

I attest that Plaintiff has approved and signed this document, and given consent to the filing of the same with the court.

Dated:  January 13, 2006              RICHARD DOYLE, City Attorney

                                                 BY:   /s/ Brian C. Hopper
                                                     BRIAN C. HOPPER
                                                     Deputy City Attorney

                                                     Attorneys for Defendants
                                                     CITY OF SAN JOSE, HAPPY HOLLOW
                                                     PARK & ZOO

STIPULATION TO CONTINUE CMC                                              C04 01178 JF
AND ORDER THEREON                                                        338954

**ORDER**

Pursuant to the stipulation by the parties hereto and good cause appearing therefor, the January 20, 2006 Further Case Management Conference is hereby rescheduled to 10:30 a.m. on March 10, 2006.

Dated: 1/18/06

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE CMC
AND ORDER THEREON

C04 01178 JF
338954