**E-filed 3/7/06**

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
BRIAN C. HOPPER, Deputy City Attorney (#171070)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113
Telephone: (408) 535-1900
Facsimile: (408) 998-3131
Email: cao.main@sanjoseca.gov

Attorneys for Defendants
CITY OF SAN JOSE, HAPPY HOLLOW PARK & ZOO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERI SMITH, | NO. C04 01178 JF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE MARCH 8, 2006 CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |
| vs. | |
| HAPPY HOLLOW PARK & ZOO; HAPPY HOLLOW CORPORATION; CITY OF SAN JOSE; and DOES 1-25 | |
| Defendants. | |

Plaintiff Teri Smith and Defendants Happy Hollow Park & Zoo and City of San Jose, by and through their attorneys of record, hereby stipulate that the March 8, 2006 Further Case Management Conference in this matter be rescheduled to **April 14, 2006 at 10:30 a.m.** Good cause exists for this extension in that:

1) The parties participated in a productive settlement conference on August 29, 2005 before Magistrate Patricia V. Trumbull;

2) The parties are currently scheduled to participate in a further settlement conference with Magistrate Trumbull at 2:00 p.m. on March 29, 2006;

3) The parties wish to avoid incurring unnecessary attorney's fees and costs; and

4) The parties believe the Case Management Conference will be more productive after they have completed their settlement discussions.

-1-

STIPULATION TO CONTINUE CMC
AND ORDER THEREON

C04 01178 JF
345916

| | | |
|---|---|---|
|1| Dated: March 6, 2006 | RICHARD DOYLE, City Attorney |
|2| | |
|3| | BY:  /s/ Brian C. Hopper |
|4| | BRIAN C. HOPPER |
| | | Deputy City Attorney |
|5| | |
|6| | Attorneys for Defendants |
| | | CITY OF SAN JOSE, HAPPY HOLLOW PARK & ZOO |
|7| | |
|8| Dated: March 6, 2006 | THIMESCH LAW OFFICES |
|9| | |
|10| | By:  /s/ Timothy Timesch |
| | | TIMOTHY TIMESCH, ESQ. |
|11| | Attorneys for Plaintiff |
| | | TERI SMITH |

12  I attest that Plaintiff has approved and signed this document, and given consent to
13 the filing of the same with the court.

14  Dated: March 6, 2006          RICHARD DOYLE, City Attorney

16                                 BY:  /s/ Brian C. Hopper
17                                      BRIAN C. HOPPER
                                        Deputy City Attorney
18
19                                 Attorneys for Defendants
                                   CITY OF SAN JOSE, HAPPY HOLLOW
                                   PARK & ZOO
20
21
22

### ORDER

24  Pursuant to the stipulation by the parties hereto and good cause appearing therefor,
25 the March 8, 2006 Further Case Management Conference is hereby rescheduled to 10:30
26 a.m. on April ~~14~~ XX, 2006.
                28

27  Dated:  3/7/06                 _____
                                   JEREMY FOGEL
28                                 UNITED STATES DISTRICT JUDGE

-2-

STIPULATION TO CONTINUE CMC                                      C04 01178 JF
AND ORDER THEREON                                                345916