**E-filed 5/1/06**

1  RICHARD DOYLE, City Attorney  (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  BRIAN C. HOPPER, Deputy City Attorney (#171070)
   Office of the City Attorney
3  200 East Santa Clara Street
   San Jose, California 95113
4  Telephone: (408) 535-1900
   Facsimile:  (408) 998-3131
5  Email:  cao.main@sanjoseca.gov

6  Attorneys for Defendants
   CITY OF SAN JOSE, HAPPY HOLLOW PARK & ZOO
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | TERI SMITH,                          | NO.  C04 01178 JF
12 |            Plaintiff,                | **STIPULATION TO CONTINUE APRIL 28, 2006 CASE MANAGEMENT CONFERENCE AND ORDER THEREON**
13 |    vs.                               |
14 | HAPPY HOLLOW PARK & ZOO; HAPPY       |
   | HOLLOW CORPORATION; CITY OF          |
15 | SAN JOSE; and DOES 1-25              |
16 |            Defendants.               |
17

18      Plaintiff Teri Smith and Defendants Happy Hollow Park & Zoo and City of San Jose, by

19 and through their attorneys of record, hereby stipulate that the April 28, 2006 Further Case

20 Management Conference in this matter be rescheduled to **May 26, 2006 at 10:30 a.m.**  Good

21 cause exists for this extension in that:

22      1)   The parties participated in productive settlement conferences before Magistrate

23           Patricia V. Trumbull on August 29, 2005 and March 29, 2006;

24      2)   The parties are currently scheduled to participate in a further settlement

25           conference before Magistrate Trumbull at 10:00 a.m. on April 28, 2006;

26      3)   The parties wish to avoid incurring unnecessary attorney's fees and costs; and

27      4)   The parties believe the Case Management Conference will be more productive

28           or unnecessary after they have completed this further settlement conference.

-1-

STIPULATION TO CONTINUE 4/28/06 CMC                                    C04 01178 JF
AND ORDER THEREON                                                      352398

-2-

| | | |
|---|---|---|
| 1 | Dated: April 17, 2006 | RICHARD DOYLE, City Attorney |

BY: /s/ Brian C. Hopper
BRIAN C. HOPPER
Deputy City Attorney

Attorneys for Defendants
CITY OF SAN JOSE, HAPPY HOLLOW
PARK & ZOO

Dated: April 17, 2006   THIMESCH LAW OFFICES

By: /s/ Timothy Timesch
TIMOTHY TIMESCH, ESQ.
Attorneys for Plaintiff
TERI SMITH

I attest that Plaintiff has approved and signed this document, and given consent to the filing of the same with the court.

Dated: April 18, 2006   RICHARD DOYLE, City Attorney

BY: /s/ Brian C. Hopper
BRIAN C. HOPPER
Deputy City Attorney

Attorneys for Defendants
CITY OF SAN JOSE, HAPPY HOLLOW
PARK & ZOO

**ORDER**

Pursuant to the stipulation by the parties hereto and good cause appearing therefor, the April 28, 2006 Further Case Management Conference is hereby rescheduled to 10:30 a.m. on May 26, 2006.

Dated: 4/27/06

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION TO CONTINUE 4/28/06 CMC
AND ORDER THEREON

C04 01178 JF
352398